SO ORDERED.

Dated: September 27, 2013

Daniel P. Collins, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MOLOCE, VASILE | ) | CASE NO. 09-32529-PHX-DPC |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $639.78 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____        _____
          DATE                          HONORABLE DANIEL P. COLLINS
                                        UNITED STATES BANKRUPTCY JUDGE